**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**ROBERT HOARD IV,**

     **Plaintiff,**

  **v.**

**SAGINAW COUNTY JAIL et al.,**

     **Defendants.**

_____/

**CIVIL ACTION NO.  05-60095**

**HON. JOHN CORBETT O'MEARA**


**ORDER ADOPTING MAGISTRATE JUDGE SCHEER'S**
**REPORT AND RECOMMENDATION**

     The Court having reviewed the Magistrate Judge's Report and Recommendation as well as any objections thereto filed by the parties, and being fully advised, now therefore;

     **IT IS ORDERED** that the Court affirms the Magistrate Judge's Report and Recommendation.


     s/John Corbett O'Meara_____
     John Corbett O'Meara
     United States District Judge


Dated:  October 7, 2005